UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DUSTIN MACLEOD,

        Plaintiff,        Case No. 2:16-cv-240

v.        Honorable Paul L. Maloney

SCOTT PAVLICH,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:   November 16, 2016       /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge